UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 11-23630-CIV-GRAHAM

ARRIVALSTAR S.A., et. al.,

    Plaintiffs,

vs.

BED BATH & BEYOND, INC.,

    Defendant.
_____/

**CLOSED CIVIL CASE**

### ORDER

**THIS CAUSE** comes before the Court upon Plaintiffs' Notice of Voluntary Dismissal With Prejudice [D.E. 6].

**THE COURT** has considered the Motion, the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' Notice of Voluntary Dismissal With Prejudice [D.E. 6] is **GRANTED**. This action is **DISMISSED WITH PREJUDICE.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of November, 2011.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record